UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK05-80059 |
| | ) | |
| ACCEPTANCE INSURANCE COMPANIES INC. | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| GRANITE REINSURANCE COMPANY LTD., a Barbados corporation, | ) | |
| | ) | Adv. No. 06-08015 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| ACCEPTANCE INSURANCE COMPANY, A Nebraska corporation, | ) | |
| | ) | |
| Defendant. | ) | |

EXHIBIT NO. 1
J. SUHR

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESS**

COMES NOW Granite Reinsurance Company Ltd., plaintiff, by and through its counsel, and respectfully designates Jens Juul, P.O. Box HS 88, Harrington Sound HS BX, Bermuda, as their expert witness. Attached is the expert's curriculum vitae. The expert was just retained and has not yet prepared a report. The report will be forwarded as soon as it has been prepared.

Dated this 27th day of April 2006.

GRANITE REINSURANCE
COMPANY, LTD.

By: _____
Robert F. Craig (NE #10819)
Jenna Taub (NE # 22725)
Robert F. Craig, PC
1321 Jones Street
Omaha, NE 68102
(402) 408-6000

ITS ATTORNEYS

**CERTIFICATE OF SERVICE**

I hereby do certify that on April 27, 2006, I have mailed the document by United States Postal Service, first class mail, to the following:

Patrick B. Griffin
KUTAK, ROCK LAW FIRM
The Omaha Bldg
1650 Farnam Street
Omaha, NE 68102-2186

Thomas J. Kenny
KUTAK, ROCK LAW FIRM
The Omaha Bldg.
1650 Farnam Street
Omaha, NE 68102-2186

_____
Jenna B. Taub

# CURRICULUM VITAE

Name:     Jens Juul

Address:  **Mailing:**                          **Visiting:**
          P.O. Box HS 88                        "Lyme Regis"
          Harrington Sound HS BX                1 Glendon Drive
          Bermuda                               Hamilton Parish HS 02
Phone/Fax: (441) 293-0466                       Bermuda
E-mail:   jensjuul@logic.bm


**Honorary Consul of Sweden, Bermuda**
**Certified Arbitrator (ARIAS-US)**

**Non Executive Board Directorships:**

Rosemont Re, Bermuda
Bermuda High School for Girls, Bermuda
Catalina Holdings/Catalina Re
GHK First Equity Fund, Cayman
Various charitable organizations

**Education:**   University of Lund, Sweden: BA/Economics (1973)

**Languages:**   English, Spanish, German, Swedish & passable French

**Work Experience:**  **1973-1986**: Storebrand Insurance Group, Oslo, Norway.

        1973-1976: Storebrand International, Oslo, Norway.
        From Management Trainee to Underwriter
        & Manager, Latin America.
        Traditional reinsurance, all classes.

        1976-1981: Alpha, Cia de Reaseguros, Panama.
        Founding President & CEO of this
        Storebrand subsidiary for the Latin
        American and Caribbean markets.
        Traditional reinsurance, all classes.

        1981-1986: Storebrand International, Toronto, Canada.
        Founding CEO of Storebrand's non-life
        Canadian reinsurance operations.

        1984-1985: Seconded to Storebrand's US

subsidiary, Christiania General, New York, as CFO, while still running the Canadian operation.

**1986-1988**: GTE Re, Hamilton, Bermuda.
Managing Director.
Traditional reinsurance, GTE's captive business and Loss Portfolio Transfers.

**1988-2002**: Scandinavian Re, Hamilton, Bermuda.
Founding President & CEO of this pioneering finite risk reinsurer.
(April-November 1993, also CEO of Sirius (UK), in order to restructure & realign this ABB subsidiary)

Retired February 28th, 2002. Active within reins. dispute resolutions and a NED both for charitable and for for-profit organizations.