IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>ACCEPTANCE INSURANCE COMPANIES INC.,<br><br>        Debtor. | Case No. 05-80059<br><br>Chapter 11 |
| GRANITE REINSURANCE COMPANY, LTD.,<br><br>        Plaintiff,<br><br>        v.<br><br>ACCEPTANCE INSURANCE COMPANY,<br><br>        Defendant. | Adv. Pro. No. 06-8015<br>**CONSOLIDATED** |
| ACCEPTANCE INSURANCE COMPANIES INC.,<br><br>        Debtor,<br><br>        v.<br><br>GRANITE REINSURANCE COMPANY, LTD.,<br><br>        Defendant. | Adv. Pro. No. 06-08115<br>**CONSOLIDATED** |

## JOINT EXHIBIT LIST

| Filing No. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|
| | *Exhibits 88 – 103 & 130 - 131 are deposition exhibits.* | | | | | |

4837-1462-2977.1

| Filing No. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|
| 88. | Plaintiff's Designation of Expert Witness dated April 27, 2006 (Juul Depo. Ex. No. 1) | | | | | |
| 89. | Combined CRC*PLUS* and MPCI Stop Loss Reinsurance Contract dated September 22, 1999 (Juul Depo. Ex. No. 2) (AGR001326-AGR001341) | | | | | |
| 90. | Amended Complaint dated March 15, 2006 (Juul Depo. Ex. No. 3) | | H | | | |
| 91. | Report of Jens Juul dated June 5, 2006 (Revised Version) (Juul Depo. Ex. No. 4) | | H | | | |
| 92. | Report of James Brost dated August 30, 2006 (Juul Depo. Ex. No. 5) | | H | | | |
| 93. | MPCI Stop Loss Reinsurance Contract effective July 1, 2000 (Martin Depo. Ex. No. 6) | | | | | |
| 94. | Affidavit of Carol Albaugh-Manning in Support of Acceptance Insurance Companies Inc.'s Motion to Dismiss or in the Alternative to Transfer dated August 20, 2004 (Martin Depo. Ex. No. 7) | | | | | |
| 95. | Asset Purchase Agreement dated May 23, 2001 (Martin Depo. Ex. No. 8) (GRE B 0347-GRE B 0441) | | | | | |
| 96. | IGF/Acceptance Retrocession Agreement entered into as of May 23, 2001 (Martin Depo. Ex. No. 9) (GRE B 1151-GRE B 1159) | | H, F, R | | | |
| 97. | Amended Answer to Amended Complaint dated October 18, 2006 (Martin Depo. Ex. No. 10) | | | | | |
| 98. | Complaint and Amended Objection to Claim Dated October 26, 2006 (Martin Depo. Ex. No. 11) | | H | | | |

4837-1462-2977.1

2

| Filing No. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|
| 99. | Annual Statement for the year ended December 31, 2002 of the condition and affairs of the Acceptance Insurance Company dated February 21, 2003 (Baxter Depo. Ex. No. 12) | | | | | |
| 100. | Annual Statement of the Acceptance Insurance Company of Lincoln in the State of Nebraska to the Insurance Department of the State of Nebraska for the year ended December 31, 2001 (Baxter Depo. Ex. No. 13) | | | | | |
| 101. | Rule 26(a)(1) Disclosures of Acceptance Insurance Companies Inc. and Acceptance Insurance Company dated April 19, 2006 (Baxter Depo. Ex. No. 15) | | H | | | |
| 102. | Written Consent of the Board of Directors of Acceptance Insurance Company dated June 4, 2001 (Gottschalk Depo. Ex. No. 16) (AGR 001767-AGR 001768) | | H,R | | | |
| 103. | Written Consent of the Board of Directors of Acceptance Insurance Company dated June 4, 2001 (Gottschalk Depo. Ex. No. 17) (AGR 001580-AGR 001589) | | H,R | | | |
| 130. | Letter to John Martin from Alan Symons dated June 26, 2003 (Hallman Depo. Ex. No. 50) (GRD 000208-GRD 000210) | | H, F | | | |
| 131. | Deposition of Dwayne Hallman dated July 26, 2001 (Hallman Depo. Ex. No. 51) | | H, R | | | |
| | Annual Statement of the Acceptance Insurance Company of Lincoln in the State of Nebraska to the Insurance Department of the State of Nebraska for the year ended December 31, 2002 (Baxter Depo. Ex. No. 14) **(Available upon request-exhibit will not be filed electronically)** | | | | | |

4837-1462-2977.1

3

| Filing No. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|
| | **The following exhibits are not deposition exhibits.** | | | | | |
| 104. | Letter dated June 6, 2001 to IGF Holdings, Inc from Kutak Rock, LLP (AIC 000957-000960) | | H, R | | | |
| 105. | Crop year 2000 SRA between FCIC and AIC (AGR 002479-002524) | | H, F | | | |
| 106. | Crop year 2001 SRA between FCIC and AIC (AGR 002525-002574) | | H, F | | | |
| 107. | IGF ACCEPTANCE QUOTA SHARE REINSURANCE AGREEMENT (GRE B 0678-0686 | | H, F, R | | | |
| 108. | Letter dated June 6, 2001 to IGF Holding, Inc from Michael Gottschalk (AIC 000961-000963) | | R | | | |
| 109. | First Supplement to Answer to First Set of Interrogatories to Granite Reinsurance Company, LTD | | H | | | |
| 110. | Granite Reinsurance Company Limited/Acceptance Crop Hail Retrocession Agreement date May 23, 2001 (GRE B 1142 – GRE B 1149) | | H, F, R | | | |
| 111. | Final Pretrial Order (Case No. 1:02-cv-03915) | | H, F, R | | | |
| 112. | Aquatic Crop Reinsurance Agreement (GRE B 1134 – GRE B 1135) | | H, F R | | | |
| 113. | Bill of Sale and General Assignment (GRE B 1139 – GRE B 1140) | | H, F, R | | | |
| 114. | License Agreement (GRE B 1183 – GRE B 1186) | | R | | | |
| 115. | Management and Service Agreement (GRE B 1188 – GRE B 1195) | | R | | | |

| Filing No. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|
| 116. | Consulting and NonCompetition Agreement between Symons International Group, Inc. and Acceptance Insurance Companies, Inc. (GRE B 1197 – GRE B 1201) | | R | | | |
| 117. | NonCompetition Agreement between IGF Holdings, Inc. and Acceptance Insurance Companies, Inc. (GRE B 1204 – GRE B 1207) | | R | | | |
| 118. | NonCompetition Agreement between IGF Insurance Company and Acceptance Insurance Companies, Inc. (GRE B 1209 – GRE B 1212) | | R | | | |
| 119. | NonCompetition Agreement between North American Crop Underwriters, Inc. and Acceptance Insurance Companies, Inc. (GRE B 1214 – GRE B 1217) | | R | | | |
| 120. | NonCompetition Agreement between GEO AG Plus, LLC and Acceptance Insurance Companies, Inc. (GRE B 1219 – GRE B 1222) | | R | | | |
| 121. | NonCompetition Agreement between Alan G. Symons and Acceptance Insurance Companies, Inc. (GRE B 1224 – GRE B 1227) | | R | | | |
| 122. | NonCompetition Agreement between G. Gordon Symons and Acceptance Insurance Companies, Inc. (GRE B 1229 – GRE B 1232) | | R | | | |
| 123. | NonCompetition Agreement between Douglas H. Symons and Acceptance Insurance Companies, Inc. (GRE B 1234 – GRE B 1237) | | R | | | |
| 124. | Retention and NonCompetition Agreement between Designated Associate and IGF Holdings, Inc. and IGF Insurance Company (GRE B 1239 – GRE B 1242) with Attachment A: (List of Employees who signed the agreement) | | H, F, R | | | |

4837-1462-2977.1                               5

| Filing No. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|
| 125. | SRA Assignment and Assumption Agreement between IGF Insurance Company, Acceptance Insurance Companies, Inc., and Federal Crop Insurance Corporation (GRE B 0688 – GRE B 0689) | | R | | | |
| 126. | Transcript of John Martin Deposition dated November 9, 2006 | | H, F, R | | | |
| 127. | Transcript of Dwayne Hallman Deposition dated December 7, 2006 | | H | | | |
| 128. | Transcript of William Baxter Deposition dated November 15, 2006 | | H | | | |
| 129. | Transcript of James Brost Deposition dated November 17 2006 | | H | | | |
| 132 | Transcript of Michael Gottschalk Deposition dated November 16, 2006 | | H, F, R | | | |
| 133 | Transcript of Michael McCarthy Deposition dated December 15, 2006 | | H, F, R | | | |
| | *Exhibits 134 – 160 are deposition exhibits.* | | | | | |
| 134 | Amended Notice to Take Deposition of Granite Reinsurance Company, Ltd. dated November 12, 2006 (D. Symons Depo. Ex. No. 20) | | | | | |
| 135 | Answer to First Set of Request for Production of Documents to Granite Reinsurance Company, Ltd. dated October 6, 2006 (D. Symons Depo. Ex. No. 21) | | | | | |
| 136 | Plaintiff's Answer to Defendant's Requests for Admission to Granite Reinsurance Company, Ltd. dated October 6, 2006 (D. Symons Depo. Ex. No. 22) | | | | | |

4837-1462-2977.1

6

| Filing No. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|
| 137 | First Supplement to Answer to First Set of Interrogatories to Granite Reinsurance Company, Ltd. dated October 6, 2006 (D. Symons Depo. Ex. No. 23) | | | | | |
| 138 | Securities and Exchange Commission Form 8-K Current Report dated December 17, 2003 (D. Symons Depo. Ex. No. 24) | | R | | | |
| 139 | Granite Reinsurance Company, Ltd. Financial Statements Year Ended December 31, 2000 and the thirteen month period ended December 31, 1999 (D. Symons Depo. Ex. No. 25) (GRE B 4958-GRE B 4972) | | R | | | |
| 140 | Granite Reinsurance Company, Ltd. Financial Statements Years Ended December 31, 2001 and 2000 (D. Symons Depo. Ex. No. 26) (GRE B 4973-GRE B 4989) | | R | | | |
| 141 | Granite Reinsurance Company, Ltd. Financial Statements Years Ended December 31, 2002 and 2001 (D. Symons Depo. Ex. No. 27) | | R | | | |
| 142 | Handwritten note dated September 22, 2006 to Holly from James with attachment entitled "comments by Nathan Wilson 6/25/03" (D. Symons Depo. Ex. No. 28) (GRE B 4573, 4576, 4578-4581, 4744, 4745) | | R | | | |
| 143 | Granite Reinsurance Company Ltd. Reserve Fluctuation Analysis prepared for BDO at 12-31-2002 (D. Symons Depo. Ex. No. 29) (GRE B 4574-GRE B 4575) | | R | | | |
| 144 | Granite Reinsurance Company Limited Balance Sheet (D. Symons Depo. Ex. No. 30) (GRE B 5007-GRE B 5017) | | R | | | |

| Filing No. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|
| 145 | Facsimile to Michael McCarthy from Alan G. Symons dated February 1, 2001 (A. Symons Depo. Ex. No. 31) (GRE B 4078-GRE B 4081) | | | | | |
| 146 | Facsimile to Michael McCarthy from Alan G. Symons dated February 16, 2001 enclosing draft reinsurance contract (A. Symons Depo. Ex. No. 32) (GRE A 220-GRE A 237) | | | | | |
| 147 | MPCI Stop Loss Reinsurance Contract (A. Symons Depo. Ex. No. 33) (GRE B 3346-GRE B 3361) | | | | | |
| 148 | Letter to Mark Pufahl from Alan G. Symons dated March 28, 2001 (A. Symons Depo. Ex. No. 34) (6145-6146) | | | | | |
| 149 | Memorandum from Bob Whiting to Doug Symons dated April 5, 2001 re: IGF Sale Docs (A. Symons Depo. Ex. No. 35) (GRE B 3422-GRE B 3428) | | | | | |
| 150 | Excerpts from MPCI Stop Loss Reinsurance Contract dated March 28, 2001 (A. Symons Depo. Ex. No. 36) (GRE B 3337-GRE B 3339) | | | | | |
| 151 | MPCI Stop Loss Reinsurance Contract effective as of July 1, 2000 (A. Symons Depo. Ex. No. 37) (GRE B 3362-GRE B 3377) | | H,F,R,A | | | |
| 152 | Handwritten notes dated May 29, 2001 (A. Symons Depo. Ex. No. 38) (004913-004916) | | H,F,R,A | | | |
| 153 | Letter to Mark Barnes from Alan G. Symons dated May 30, 2001 (A. Symons Depo. Ex. No. 39) (GRE B 0013-GRE B 0020) | | | | | |

4837-1462-2977.1                                 8

| Filing No. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|
| 154 | Memorandum to Mark Pufahl to BHaskell@sigins.com dated June 1, 2001. Subject: IGF/Acceptance Quota Share Agreement (A. Symons Depo. Ex. No. 40) (GRE B 2772) | | | | | |
| 155 | Letter (first page) to Mark Pufahl from IGF Insurance Company re: IGF Insurance Company dated June 1, 2001 (A. Symons Depo. Ex. No. 41) (GRE B 2752) | | | | | |
| 156 | Letter to Mark Pufahl from Bradley J. Haskell re: IGF Insurance Company/Crop Business Sale dated June 1, 2001 (A. Symons Depo. Ex. No. 42) (GRE B 2567-GRE B 2568) | | | | | |
| 157 | Letter to Bradley J. Haskell from Mark Pufahl dated June 5, 2001 re: IGF Insurance Company ("the Company") Assumption Reinsurance Agreements (A. Symons Depo. Ex. No. 43) (GRE B 2496-GRE B 2497) | | | | | |
| 158 | Letter to Bradley J. Haskell from Mark Pufahl dated June 6, 2001 re: IGF Insurance Company ("the Company") (A. Symons Depo. Ex. No. 44) (GRE B 2750) | | | | | |
| 159 | Letter to Mark Pufahl from Alan G. Symons dated June 6, 2001 (A. Symons Depo. Ex. No. 45) (GRE B 2224-2225) | | | | | |
| 160 | Retrocession Contract dated September 30, 2000 (A. Symons Depo. Ex. No. 46) (GRE B 3446-GRE B 3491) | | R | | | |
| | **The following exhibits are not deposition exhibits.** | | | | | |
| 161 | Letter to Ross J. Davidson, Jr. from J. Michael Gottschalk dated December 5, 2002 (with attachments) (AGR 002393-AGR 002429) | | | | | |

| Filing No. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|
| 162 | Memorandum to John Martin from Mike Gottschalk dated November 21, 2002 (with attachments) (AGR 002627-AGR 002654) | | | | | |
| 163 | Answer To First Set Of Interrogatories To Granite Reinsurance Company, Ltd. dated August 28, 2006 | | | | | |
| 164 | Original Version of Report of Jens Juul dated June 5, 2006 | | R | | | |
| 165 | Letter from John G. Pendl to John E. Martin dated December 6, 2002 | | | | | |
| 166 | Letter to Robert F. Craig and Jenna Taub from Thomas J. Kenny dated June 21, 2006 | | R | | | |
| 167 | Nebraska Department of Insurance Supervision Order dated November 22, 2002 | | | | | |
| 168 | Acceptance Insurance Company's Annual Statement for the year 2000 | | | | | |
| | **This exhibit list does not include rebuttal and impeachment evidence** | | | | | |
| 169 | Transcript of Deposition for Douglas Harold Symons dated November 20, 2006 | | H,R,F | | | |
| 170 | Transcript of Deposition for Alan Gordon Symons dated November 21, 2006 | | H,R,F | | | |
| 171 | Transcript of Deposition for Jens Juul dated October 31, 2006 | | H,R,F | | | |
| 172 | Alan Symons Consulting Agreement | | R | | | |

OBJECTIONS:
      R:  Relevancy
      H:  Hearsay
      A:  Authenticity
      F:  Foundation
      O:  Other (specify)

4837-1462-2977.1

10

Dated this 22nd day of February, 2007.

          ACCEPTANCE INSURANCE COMPANY,
          Defendant

By: */s/ John J. Jolley, Jr.*
    Patrick B. Griffin #18072
    Thomas J. Kenny #20022
    John J. Jolley, Jr. #20726
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE  68102
    (402) 346-6000

ACCEPTANCE INSURANCE COMPANIES
INC., Debtor/Third-Party Plaintiff

By: */s/ John J. Jolley, Jr.*
    Patrick B. Griffin #18072
    Thomas J. Kenny #20022
    John J. Jolley, Jr. #20726
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE  68102
    (402) 346-6000

GRANITE REINSURANCE COMPANY LTD/,
Plaintiff/Third-Party Defendant

By: */s/ Jenna B. Taub*
    Robert F. Craig #
    Jenna B. Taub #22725
    ROBERT F. CRAIG P.C.
    1321 Jones Street
    Omaha, NE  68102
    (402) 408-6000

# CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2007, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following: United States Trustee, Robert Bothe, Robert F. Craig, Frank Schepers and Jenna B. Taub.

                                                                 */s/ John J. Jolley, Jr.*
                                                                  John J. Jolley, Jr.